UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JEFFREY NOWAK,

Defendant.

**26-MJ-5174-MJR**

**NOTICE OF MOTION**

**MOTION BY:** John J. Morrissey, Assistant Federal Public Defender

**DATE, TIME & PLACE:** Before the Honorable Michael J. Roemer, United States Magistrate Judge, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York, **on the submitted papers.**

**SUPPORTING PAPERS:** Affirmation of Assistant Federal Public Defender John J. Morrissey, dated October 13, 2026

**RELIEF REQUESTED:** Sixty (60) day adjournment of the Fed. R. Crim. P. 48(b) status.

**DATED:** Buffalo, New York, October 13, 2026

**/s/ John J. Morrissey**
John J. Morrissey
Assistant Federal Public Defender
Federal Public Defender's Office
300 Pearl Street, Suite 200
Buffalo, New York 14202
(716) 551-3341, (716) 551-3346 (Fax)
John_Morrissey@fd.org
*Counsel for Defendant*

**TO:** Aaron Mango
Senior Litigation Counsel
Western District of New York
138 Delaware Avenue, Federal Centre
Buffalo, New York 14202

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JEFFREY NOWAK,

Defendant.

**26-MJ-5174-MJR**

**AFFIRMATION**

**JOHN J. MORRISSEY,** affirms under penalty of perjury that:

1. I am an Assistant Federal Public Defender for the Western District of New York and was assigned to represent the above-named defendant, Jeffrey Nowak.

2. The Court scheduled the Fed. R. Crim. P. status for October 14, 2026, at 11:30 AM. Dkt. 5.

3. Mr. Nowak requests to adjourn that by sixty (60) days because the government recently provided forensic discovery of several devices that counsel needs to review and then discuss with Mr. Nowak.

4. The government, through Senior Litigation Counsel Aaron Mango, does not object to this request.

5. The parties agree that time between this motion and the adjourned Fed. R. Crim. P. 48(b) status is excludable from the time period described in 18 U.S.C. § 3161(b) under 18 U.S.C. § 3161(h)(1)(D), and (h)(7)(A). The ends of justice—notably engaging in plea negotiations, exchanging voluntary discovery, and allowing Mr. Nowak time to meet with his attorney—outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

**WHEREFORE**, Mr. Nowak requests that the Court adjourn the Fed. R. Crim. P. 48(b) status by sixty (60) days.

**DATED**: Buffalo, New York, October 13, 2026

Respectfully submitted,

**/s/ John J. Morrissey**
John J. Morrissey
Assistant Federal Public Defender
Federal Public Defender's Office
300 Pearl Street, Suite 200
Buffalo, New York 14202
(716) 551-3341, (716) 551-3346 (Fax)
John_Morrissey@fd.org
*Counsel for Defendant*

**TO:** Aaron Mango
Senior Litigation Counsel
Western District of New York
138 Delaware Avenue, Federal Centre
Buffalo, New York 14202